HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00099 LJO-BAM |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| CORY MCDONALD, | |
| *Defendant,* | |

Defendant, Cory McDonald, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Mr. McDonald submits the attached Financial Affidavit as evidence of his inability to retain counsel and currently in state custody. Pursuant to 18 U.S.C. § 3006A, CJA Attorney, Carol Ann Moses was appointed April 13, 2012 by the duty magistrate judge to represent the defendant. In an Indictment filed April 5, 2012, Mr. McDonald was charged with 18 U.S.C. § 922 (g) (1)-Felon in Possession of a Firearm. On December 17, 2012, Mr. McDonald pled guilty and was sentenced to custody for 46 months and supervised release for a term of 36 months upon his release. Mr. McDonald was released on July 28, 2015, was later arrested on state charges. Mr. McDonald Probation Officer on November 9, 2016 filed the Petition for Violation of Supervised Release and the Court issued an arrest warrant, while in state custody.

Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel Carol Ann Moses be promptly appointed *nunc pro tunc* as of June 23, 2020 to assist with the pending violation petition.

DATED: July 9, 2020

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **July 10, 2020**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE